IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE M. BOWLER<br><br>                    Plaintiff<br>vs.<br><br>KML LAW GROUP, LAKEVIEW LOAN SERVICING, M&T BANK, ABBE F. FLETMAN and MARY HANNAH LEAVITT<br><br>                    Defendants | No.  18 CV 627 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants, KML Law Group, P.C., Lakeview Loan Servicing, LLC, and M&T Bank, in the above-captioned matter.  Also, kindly add the undersigned to the electronic email notification list for this matter.

                                                **KML Law Group, P.C.**

                                                <u>/s/ Rebecca Solarz</u>
                                                Rebecca Solarz, Esquire
                                                Pa. Id. 315936
                                                Michael J. Clark, Esquire
                                                PA Attorney Identification No. 202929
                                                Attorney for Defendant,
                                                KML Law Group, P.C., Lakeview Loan
                                                Servicing, and M&T Bank
                                                Mellon Independence Center, Suite 5000
                                                701 Market Street
                                                Philadelphia, PA 19106
                                                (215) 627-1322
                                                mclark@kmllawgroup.com