IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE M. BOWLER<br><br>                Plaintiff<br><br>        vs.<br><br>KML LAW GROUP<br>LAKEVIEW LOAN SERVICING<br>M&T BANK<br>ABBE F. FLETMAN<br>MARY HANNAH LEAVITT<br>               Defendant(s) | 2:18 CV-00627-PD |

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the Motion of Defendant Lakeview Loan Servicing, LLC Motion to Dismiss Plaintiff's Complaint and Memorandum in Support to be filed electronically and that same is available for viewing through the Court's ECF system:

Nicole Marie Bowdler
2429 Bissonnet Street
Suite 552
Houston, Tx 77005
Pro Se Plaintiff

Martha Gale
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Attorney for President Judge Mary Hannah Leavitt and Judge Abbe F. Fletman

KML Law Group, P.C.

Date:  March 21, 2018          /s/ Rebecca Solarz
                               Rebecca Solarz, Esquire
                               Pa. Id. 315936
                               Michael J. Clark, Esquire
                               PA Attorney Identification No. 27615
                               Attorney for Defendants, KML Law Group, P.C.,
                               Lakeview Loan Servicing, and M&T Bank,
                               Mellon Independence Center, Suite 5000

701 Market Street
Philadelphia, PA 19106
(215) 627-1322