IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE M. BOWLER<br><br>         Plaintiff<br><br>vs.<br><br>KML LAW GROUP<br>LAKEVIEW LOAN SERVICING<br>M&T BANK<br>ABBE F. FLETMAN<br>MARY HANNAH LEAVITT<br><br>         Defendants | CIVIL ACTION NO. 2:18 CV-00627-PD |

## DISCLOSURE STATEMENT FORM

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Lakeview Loan Servicing, LLC, makes the following disclosure:

☐   The nongovernmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held Corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Lakeview Loan Servicing, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that own(s) 10% or more of its stock: Bayview Master Fund, Bayview Capital GP MSR, LLC is a wholly- owned subsidiary Bayview Asset Management, LLC. Bayview Asset Management, LLC does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, they must promptly file a supplemental statement upon any change in the information that this statement requires.

KML Law Group, P.C.

Date:  March 21, 2018           /s/ Rebecca Solarz
                                Rebecca Solarz, Esquire
                                Pa. Id. 315936
                                Michael J. Clark, Esquire
                                PA Attorney Identification No. 27615
                                Attorney for Defendants, KML Law Group, P.C.,

                                    Lakeview Loan Servicing, and M&T Bank,
                                    Mellon Independence Center, Suite 5000
                                    701 Market Street
                                    Philadelphia, PA 19106
                                    (215) 627-1322
                                    215-627-1322
                                    Counsel for Defendant Lakeview
                                    Loan Servicing, LLC

Dated: March 21, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21th day of March, 2018, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be filed electronically and that the same is available for viewing through the Court's ECF system.

Nicole Marie Bowdler
2429 Bissonnet Street
Suite 552
Houston, Tx 77005
Pro Se Plaintiff

                                    KML Law Group, P.C.

Date:   March 21, 2018            /s/ Rebecca Solarz
                                    Rebecca Solarz, Esquire
                                    Pa. Id. 315936
                                    Michael J. Clark, Esquire
                                    PA Attorney Identification No. 27615
                                    Attorney for Defendants, KML Law Group, P.C.,
                                    Lakeview Loan Servicing, and M&T Bank,
                                    Mellon Independence Center, Suite 5000
                                    701 Market Street
                                    Philadelphia, PA 19106
                                    (215) 627-1322
                                    215-627-1322
                                    Counsel for Defendant Lakeview
                                    Loan Servicing, LLC

Dated: March 21, 2018