IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

NICOLE M. BOWLER            Plaintiff

vs.                                            2:18 CV-00627-PD

KML LAW GROUP
LAKEVIEW LOAN SERVICING
M&T BANK
ABBE F. FLETMAN
MARY HANNAH LEAVITT
            Defendant(s)

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the Motion of Defendant M&T BANK Motion to Dismiss Plaintiff's Complaint and Memorandum in Support to be served by regular first class mail and that same is available for viewing through the Court's ECF system:

Nicole Marie Bowdler
2429 Bissonnet Street
Suite 552
Houston, Tx 77005
Pro Se Plaintiff

Martha Gale
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Attorney for President Judge Mary Hannah Leavitt and Judge Abbe F. Fletman

KML Law Group, P.C.

Date:  March 21, 2018            /s/ Rebecca Solarz
                                 Rebecca Solarz, Esquire
                                 Pa. Id. 315936
                                 Michael J. Clark, Esquire
                                 PA Attorney Identification No. 27615
                                 Attorney for Defendants, KML Law Group, P.C.,
                                 Lakeview Loan Servicing, and M&T Bank,

Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106
(215) 627-1322