**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NICOLE M. BOWLER<br><br>             Plaintiff<br><br>                     vs.<br><br>KML LAW GROUP<br>LAKEVIEW LOAN SERVICING<br>M&T BANK<br>ABBE F. FLETMAN<br>MARY HANNAH LEAVITT<br><br>             Defendants | CIVIL ACTION NO. 2:18 CV-00627-PD |

**<u>DISCLOSURE STATEMENT FORM</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant M&T Bank, makes the following disclosure:

☐     The nongovernmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held Corporation that owns 10% or more of its stock.

☒     The nongovernmental corporate party, M&T Bank, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that own(s) 10% or more of its stock: Manufacturers and Traders Trust Company is a wholly- owned subsidiary M&T Bank Corporation. M&T Bank Corporation does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, they must promptly file a supplemental statement upon any change in the information that this statement requires.

---

[1] M&T Bank and M&T Bank Corporation are separate entities. The Complaint's statement that Manufacturers and Traders Trust Company is also known as M&T Bank Corporation is incorrect.

|  |  |
|---|---|
|  | KML Law Group, P.C. |
| Date:  March 21, 2018 | /s/ Rebecca Solarz |
|  | Rebecca Solarz, Esquire |
|  | Pa. Id. 315936 |
|  | Michael J. Clark, Esquire |
|  | PA Attorney Identification No. 27615 |
|  | Attorney for Defendants, KML Law Group, P.C., |
|  | Lakeview Loan Servicing, and M&T Bank, |
|  | Mellon Independence Center, Suite 5000 |
|  | 701 Market Street |
|  | Philadelphia, PA 19106 |
|  | (215) 627-1322 |
|  | 215-627-1322 |
|  | Counsel for Defendant M&T |
|  | Bank |
| Dated: March 21, 2018 |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21th day of March, 2018, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served by regular first class mail and that the same is available for viewing through the Court's ECF system.

Nicole Marie Bowdler
2429 Bissonnet Street
Suite 552
Houston, Tx 77005
Pro Se Plaintiff

KML Law Group, P.C.

Date:  March 21, 2018            /s/ Rebecca Solarz
                                 Rebecca Solarz, Esquire
                                 Pa. Id. 315936
                                 Michael J. Clark, Esquire
                                 PA Attorney Identification No. 27615
                                 Attorney for Defendants, KML Law Group, P.C.,
                                 Lakeview Loan Servicing, and M&T Bank,

                                       Mellon Independence Center, Suite 5000
                                       701 Market Street
                                       Philadelphia, PA 19106
                                       (215) 627-1322
                                       215-627-1322
                                       Counsel for Defendant M&T
                                       Bank

Dated: March 21, 2018