IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE MARIE BOWDLER<br><br>PLAINTIFF<br><br>vs.<br><br>KML LAW GROUP, P.C., LAKEVIEW LOAN SERVICING, M&T BANK, ABBE F. FLETMAN and MARY HANNAH LEAVITT<br><br>DEFENDANTS | 2:18 CV-00627-PD |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants, KML Law Group, P.C., Lakeview Loan Servicing, LLC, and M&T Bank, in the above-captioned matter. Also, kindly add the undersigned to the electronic email notification list for this matter.

                                      /s/ Michael J. Clark
                                      Michael J. Clark, Esquire
                                      PA Attorney Identification No. 202929
                                      BNY Mellon Independence Center
                                      Suite 5000
                                      701 Market Street
                                      Philadelphia, PA 19106
                                      (215) 627-1322
                                      mclark@kmllawgroup.com
                                      Attorney for Defendants,
                                      KML Law Group, P.C.,
                                      Lakeview Loan Servicing, LLC and
                                      M&T Bank