## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE M. BOWLER<br><br>　　　　　　　Plaintiff<br>　　vs.<br><br>KML LAW GROUP, LAKEVIEW LOAN SERVICING, M&T BANK, ABBE F. FLETMAN and MARY HANNAH LEAVITT<br><br><br>　　　　　　　Defendants | 2:18 CV-00627-PD |

## **WITHDRAWAL OF APPEARANCE**

TO THE PROTHONOTARY:

　　Kindly withdraw my appearance in this case as counsel for Defendants, KML Law Group, P.C., Lakeview Loan Servicing, LLC, and M&T Bank, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　KML Law Group, P.C.,


Date: <u>March 22, 2018</u>　　　　　　　/s/ Rebecca Solarz
　　　　　　　　　　　　　　　　　　Rebecca Solarz, Esquire
　　　　　　　　　　　　　　　　　　Pa. Id. 315936
　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　Lakeview Loan Servicing, and M&T Bank,
　　　　　　　　　　　　　　　　　　Mellon Independence Center, Suite 5000
　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　(215) 627-1322