**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

NICOLE M. BOWLER

               Plaintiff

               vs.                      2:18 CV-00627-PD

KML LAW GROUP
LAKEVIEW LOAN SERVICING
M&T BANK
ABBE F. FLETMAN
MARY HANNAH LEAVITT

               Defendants

## <u>CERTIFICATION OF SERVICE</u>

       I hereby certify that a true and correct copy of Defendant, KML Law Group, P.C.'s Motion to

Dismiss, Memorandum of Law and this Certificate of Service was sent by first class mail, postage pre-

paid, upon the following on the date listed below:

Nicole Marie Bowdler
2429 Bissonnet Street
Suite 552
Houston, Tx 77005
Pro Se Plaintiff

Martha Gale
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Attorney for President Judge Mary Hannah Leavitt and Judge Abbe F. Fletman

KML Law Group, P.C.

Date:   <u>March 22, 2018</u>               /s/ Michael J. Clark
                                       Michael J. Clark, Esquire
                                       PA Attorney Identification No. 202929
                                       BNY Mellon Independence Center
                                       Suite 5000
                                       701 Market Street
                                       Philadelphia, PA 19106
                                       (215) 627-1322
                                       mclark@kmllawgroup.com
                                       Attorney for Defendants,
                                       KML Law Group, P.C.,

Lakeview Loan Servicing, LLC and
M&T Bank